IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COOK TECHNOLOGIES, INC
EMPLOYEE STOCK OWNERSHIP
PLAN

: CIVIL ACTION
:
vs.
:
THOMAS A. PANZARELLA, SR
:
: NO. 15-CV-01028-
15-CV-03568



FILED
APR -9 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of   COOK TECHNOLOGIES, INC., EMPLOYEE STOCK OWNERSHIP PLAN, et. al

in the above-entitled case.

COOK TECHNOLOGIES, et al
PATRICIA M. STARNER    Counsel for
11 APPLETREE COURT
Address
PHILADELPHIA, PA 19106
215-370-0856
Telephone Number.

Dated: 4/9/18

Civ 617 (8/80)