**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
COOK TECHNOLOGIES, INC.          :
EMPLOYEE STOCK OWNERSHIP PLAN,   :
COOK TECHNOLOGIES, INC., as      :  CIVIL ACTION
the Plan's Administrator,        :
COOK TECHNOLOGIES, INC.,         :
EMPLOYEE STOCK OWNERSHIP         :
PLAN TRUST, MICHAEL FINNEGAN     :  NO. 15-CV-1028
as a plan participant            :
                                 :
        Plaintiffs               :
                                 :
        vs.                      :
                                 :
THOMAS A. PANZARELLA             :
                                 :
        Defendant                :
═════════════════════════════════════════════════
THOMAS A. PANZARELLA, SR.        :
                                 :
        Plaintiff                :  CIVIL ACTION
                                 :
                                 :
        vs.                      :
                                 :  NO. 15-CV-3568
COOK TECHNOLOGIES, INC.,         :
et. al.                          :
                                 :
        Defendants               :
```

## ORDER

AND NOW, this          day of May, 2019, upon consideration of the Motion of Thomas A. Panzarella for Attorney's Fees and Costs (Doc. No. 148) and the Cook Parties' Response in Opposition thereto, it is hereby ORDERED that for the reasons set forth in the preceding Memorandum Opinion, the

Motion is GRANTED IN PART and the Cook Parties are DIRECTED to pay attorney's fees and costs in the total amount of $247,364.37 to Thomas A. Panzarella in furtherance of the findings of fact, and conclusions of law set forth in the Decision and Order entering Judgment in these matters dated December 17, 2018.

BY THE COURT:


s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,        J.